UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BROWNSVILLE NAVIGATION DISTRICT OF CAMERON COUNTY, TEXAS | § § § § | |
| vs. | § § | Cause No. |
| TEREX MHPS CORP., KONECRANES, INC., CUMMINS, INC., DIEPA DRAHTSEIL WERK DIETZ GMBH & CO. KG | § § § § § | |

## NOTICE OF REMOVAL

Defendant Terex MHPS Corp. ("Terex") together with Konecranes, Inc. ("Konecranes") (together, "Removing Defendants") hereby remove this action from the 444th District Court of Cameron County, Texas.

## I.   THE STATE COURT ACTION

1. Plaintiff Brownsville Navigation District of Cameron County, Texas (the "Navigation District" or "Plaintiff") initiated this action on May 2, 2017 by filing its original petition in the 444th District Court of Cameron County, Texas. The action was pending in state court as No. 2017-DCL-02891.

2. In its petition, Plaintiff alleges that it purchased a crane from Terex which has various defects. Based on these defects, Plaintiff has sued Terex, along with Konecranes, (which acquired Terex on January 1, 2017), Cummins, Inc. ("Cummins") (the manufacturer of the crane engine), and Diepa Drahtseil Werk Dietz GMBH & Co. KG ("Diepa") (which Plaintiff alleges manufactured parts of the crane).

3. Plaintiff has brought five counts against all four defendants: (1) breach of express warranty for goods; (2) breach of implied warranty of merchantability; (3) breach of implied

warranty of fitness; (4) negligence in design and manufacturing; and (5) various claims under the U.N. Convention (which the defendants assume to be the United Nations Convention on Contracts for the International Sale of Goods). Plaintiff has also filed a breach of contract claim against Terex and Konecranes.

4. Plaintiff served a copy of the citation and original petition on Konecranes on May 24, 2017. Plaintiff served a copy of the citation and original petition on Cummins on May 26, 2017. Terex has not been served but appeared in the case by filing an answer on June 2, 2017. Diepa has not been served and has not appeared in the case.

5. Defendants file this notice of removal within the 30-day period required by 28 U.S.C. § 1446(b).[1]

## II.   BASIS FOR REMOVAL

6. Removal is proper because Plaintiff joined Konecranes solely to defeat diversity jurisdiction.[2] There is no reasonable basis for believing that Plaintiff could recover from Konecranes in state court.[3] Konecranes did not acquire Terex until January 1, 2017. Konecranes was not a party to any contract with Plaintiff relating to the crane, and was not involved at all in the manufacture, delivery, installation, servicing, or repair of the crane. Other than having its attorneys send one letter in response to a pre-litigation demand, Konecranes has not been involved in any activity connected with the crane.

---

[1] *Bd. Of Regents of Univ. of Tex. Sys. V. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007).
[2] *See Salazar v. Allstate Tex. Lloyd's, Inc.*, 455 F.3d 571, 574 (5th Cir. 2006).
[3] *Larroquette v. Cardinal Health 200, Inc.*, 466 F.3d 373, 376-77 (5th Cir. 2006).

7. Terex continues to exist as a legal entity which can be – and has been – sued in its own capacity. There is no allegation that Terex will be unable to satisfy a judgment against it, and no basis for such an allegation.

8. Without the fraudulently-joined Konecranes, there is complete diversity between the parties: As stated in Plaintiff's petition, Plaintiff is a Texas political subdivision, making it a citizen of Texas. Terex is a Michigan corporation whose principal place of business is in Ohio, making it a Michigan and Ohio citizen.[4] Cummins is an Indiana corporation, whose principal place of business is in Indiana, making it an Indiana citizen.[5] And Diepa is a German company, whose principal place of business is in Germany, making it a German citizen.[6]

9. The amount in controversy exceeds $75,000, excluding interest and costs.[7]

10. Removal to this Court is proper because this is the federal district and division embracing the state court where this action is pending.[8]

11. All defendants who have been properly joined and served join in or consent to the removal of this case to federal court.[9]

12. Consent of defendant Konecranes is not required it has been fraudulently joined. Nevertheless, Konecranes consents to this removal.[10]

13. Cummins consents to this removal.

14. Consent of defendant Diepa is not required as it has not been served.[11]

---

[4] 28 U.S.C. § 1332(c)(1).
[5] *Id.*
[6] *Id.*
[7] 28 U.S.C. § 1332(a).
[8] 28 U.S.C. § 1441(a).
[9] 28 U.S.C. § 1446(b)(2)(A).
[10] *Id.*
[11] 28 U.S.C. § 1446(b)(2)(A).

15. As required by 28 U.S.C. § 1446(a) and local rule 81, the following documents are attached:

   i. Index of matters being filed – attached as Exhibit A;

   ii. All executed process in the case – attached as Exhibit B;

   iii. All pleadings – attached as Exhibit C;

   iv. Orders signed by the state judge – NONE;

   v. State court docket sheet – Attached as Exhibit D; and

   vi. A list of all counsel of record, including addresses, telephone numbers, and parties represented – Attached as Exhibit E.

16. As required by 28 U.S.C. § 1446(d), Removing Defendants will promptly file a copy of this Notice of Removal with the state court and are providing written notice to Plaintiff.

17. Plaintiff has demanded a jury in the state court suit.

Because Konecranes was fraudulently joined in this case, and without Konecranes there is complete diversity among the parties and no defendant is a citizen of the State of Texas, Removing Defendants, with the consent of all parties properly joined and served, ask the Court to exercise jurisdiction over this action as allowed by law.

Respectfully submitted,

By: */s/ William A. Gage, Jr.*
    William A. Gage, Jr.
    S.D. No. 11055
    Gage@BuckKeenan.com
    BUCK KEENAN LLP
    2229 San Felipe, Suite 1000
    Houston, Texas 77019
    (713) 225-4500
    (713) 225-3719 Fax

ATTORNEY-IN-CHARGE FOR DEFENDANTS
KONECRANES, INC. AND TEREX MHPS CORP.

Of Counsel:

Laura Gleen
S.D. No. 1673869
LGleen@BuckKeenan.com
BUCK KEENAN LLP
2229 San Felipe, Suite 1000
Houston, Texas 77019
(713) 225-4500
(713) 225-3719 Fax

## **CERTIFICATE OF SERVICE**

I certify that on June 8, 2017, I served this document on counsel of record via email and via the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to Plaintiff's counsel of record. Delivery of such notice of electronic filing constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure. *See* LR5.

> */s/ William A. Gage, Jr.*
> William A. Gage, Jr.